In re Petition for REINSTATEMENT to the Practice of Law OF Peter D. BERGSTROM, Registration No. 1533.

No. A04–1574.

Supreme Court of Minnesota.

Oct. 7, 2004.

ORDER

On July 12, 2002, this court publicly reprimanded petitioner Peter D. Bergstrom and ordered that the May 8, 1997, stay of his indefinite suspension remain in effect subject to the requirements existing at that time. Petitioner and the Director of the Office of Lawyers Professional Responsibility have entered into a stipulation in which they jointly recommend that the stayed suspension and the conditions of the stay be terminated.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the stayed suspension of petitioner Peter D. Bergstrom is terminated and petitioner is reinstated to the practice of law effective immediately.

BY THE COURT:

/s/ Paul H. Anderson
Associate Justice

In re Petition for DISCIPLINARY ACTION AGAINST Melanie Anne FLORES, a Minnesota Attorney, Registration No. 290865.

No. A04–894.

Supreme Court of Minnesota.

Oct. 7, 2004.

ORDER

On June 3, 2004, this court suspended respondent Melanie Anne Flores from the practice of law for a period of 30 days.

Respondent has filed with this court an affidavit stating that she has fully complied with the terms of the court's suspension order. The Director of the Office of Lawyers Professional Responsibility has filed with this court an affidavit certifying that petitioner has complied with the terms of the suspension order and stating that he has no objection to reinstatement.

Based upon the files, records and proceedings herein,

IT IS HEREBY ORDERED that respondent Melanie Anne Flores is reinstated to the practice of law in the State of Minnesota effective immediately. Respondent shall successfully complete the professional responsibility bar examination by June 3, 2005, as required by Rule 18(e)(3), Rules on Lawyers Professional Responsibility.

BY THE COURT:

/s/ Paul H. Anderson
Associate Justice